1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

EL COMITE PARA EL BIENESTAR DE
10  EARLIMART, an unincorporated
association; ASSOCIATION OF
11  IRRITATE RESIDENTS, an                    NO. CIV. S-04-882 LKK/KJM
unincorporated association;
12  COMMUNITY AND CHILDREN'S
ADVOCATES AGAINST PESTICIDE
13  POISONING, a California non-profit
corporation; WISHTOYO FOUNDATION,
14  a California non-profit corporation;
and VENTURA COASTKEEPER, a California
15  non-profit corporation,

16              Plaintiffs,

17       v.

18  PAUL HELLIKER, in his official             O R D E R
capacity as Director, Department
19  of Pesticide Regulation; TERRY
TAMMINEN, in his official capacity
20  as Secretary, California Environmental
Protection Agency; CATHERINE
21  WITHERSPOON, in her official capacity
as Executive Officer, Air Resources
22  Board; ALAN LLOYD, in his official
capacity as Chairman, Air Resources
23  Board; and WILLIAM BURKE, JOSEPH CALHOUN,
DORENE D'ADAMO, MARK DESAULNIER, C. HUGH
24  FRIEDMAN, WILLIAM F. FRIEDMAN, MATTHEW
McKINNON, BARBARA PATRICK, BARBARA RIORDAN
25  and RON ROBERTS, in their official
capacities as members, Air Resources Board,
26
              Defendants.
                                        /

1        The court stayed all discovery in the above-captioned case

2   pending resolution of the motion for judgment on the pleadings.

3   Having resolved the motion for judgment on the pleadings, the court

4   hereby ORDERS that:

5        1.   The stay on discovery is LIFTED; and

6        2.   A Status Conference is SET for May 31, 2005 at 2:30 p.m.

7   The parties are reminded of their obligation to file status reports

8   ten (10) prior to the conference.

9        IT IS SO ORDERED.

10       DATED:   April 25, 2005.

11

12                                 /s/Lawrence K. Karlton
                                   LAWRENCE K. KARLTON
13                                 SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

2