BRENT J. NEWELL, California Bar No. 210,312
LUKE W. COLE, California Bar No. 145,505
Center on Race, Poverty & the Environment
450 Geary Street, Suite 500
San Francisco, CA 94102
(415) 346-4179
(415) 346-8723 fax

CAROLINE FARRELL, California Bar No. 202,871
Center on Race, Poverty & the Environment
1224 Jefferson Street, Suite 25
Delano, CA 93215
(661) 720-9140
(661) 720-9483 fax

Attorneys for Plaintiffs

# IN THE U.S. DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL COMITÉ PARA EL BIENESTAR DE EARLIMART, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> MARY-ANN WARMERDAM, et al., <br><br>  Defendants, <br><br>——————————————————— <br><br> AIR COALITION TEAM, <br><br>  Intervenor. | CIV.S-04-0882 LKK KJM <br><br> **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT** <br><br><br> **Hon. Lawrence K. Karlton** |

Good cause appearing, Plaintiffs' Motion for Leave to Amend the Complaint is granted. The First Amended Complaint shall be filed on September 1, 2005.

Dated: August 23, 2005.

/s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge
United States District Court

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR LEAVE TO AMEND THE COMPLAINT