UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL COMITE PARA EL BIENESTAR DE EARLIMART, an unincorporated association; ASSOCIATION OF IRRITATE RESIDENTS, an unincorporated association; COMMUNITY AND CHILDREN'S ADVOCATES AGAINST PESTICIDE POISONING, a California non-profit corporation; WISHTOYO FOUNDATION, a California non-profit corporation; and VENTURA COASTKEEPER, a California non-profit corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>PAUL HELLIKER, in his official capacity as Director, Department of Pesticide Regulation; TERRY TAMMINEN, in his official capacity as Secretary, California Environmental Protection Agency; CATHERINE WITHERSPOON, in her official capacity as Executive Officer, Air Resources Board; ALAN LLOYD, in his official capacity as Chairman, Air Resources Board; and WILLIAM BURKE, JOSEPH CALHOUN, DORENE D'ADAMO, MARK DESAULNIER, C. HUGH FRIEDMAN, WILLIAM F. FRIEDMAN, MATTHEW McKINNON, BARBARA PATRICK, BARBARA RIORDAN and RON ROBERTS, in their official capacities as members, Air Resources Board,<br><br>    Defendants.<br>_____/ | NO. CIV. S-04-882 LKK/KJM<br><br><br><br><br><br><br><br><br><br>O R D E R |

1   The parties in the above-captioned case appeared before the
2 court via telephone conference on March 8, 2006.  As a result of
3 the discussions during that conference, the court hereby GRANTS the
4 parties ten (10) additional days to brief the matter of remedies.
5 The parties are ORDERED to file their remedies briefs no later than
6 4:30 p.m. on March 27, 2006.
7   IT IS SO ORDERED.
8   DATED:  March 8, 2006.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT