BRENT J. NEWELL, California Bar No. 210,312
LUKE W. COLE, California Bar No. 145,505
Center on Race, Poverty & the Environment
450 Geary Street, Suite 500
San Francisco, CA 94102
(415) 346-4179
(415) 346-8723 fax

CAROLINE FARRELL, California Bar No. 202,871
Center on Race, Poverty & the Environment
1224 Jefferson Street, Suite 25
Delano, CA 93215
(661) 720-9140
(661) 720-9483 fax

Attorneys for Plaintiffs

# IN THE U.S. DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL COMITÉ PARA EL BIENESTAR DE EARLIMART, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MARY-ANN WARMERDAM, et al.,<br><br>　　　　Defendants,<br>_____<br><br>AIR COALITION TEAM,<br><br>　　　　Intervenor.<br>_____ | CIV.S-04-0882 LKK KJM<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE MOTION FOR AWARD OF ATTORNEYS' FEES PURSUANT TO LOCAL RULE 54-293**<br><br>**Hon. Lawrence K. Karlton** |

**WHEREAS,** on February 22, 2006, the Court granted Plaintiffs' Motion for Summary Judgment on the First Cause of Action and denied the motion on the Second Cause of Action.

**WHEREAS**, on April 26, 2006, the Court ordered Defendants to propose, adopt and submit to EPA for approval, and implement regulations no later than January 1, 2008, to achieve the emission reduction goals as set forth in the May 9, 1995 memorandum from James Well to James Boyd ("Wells memo").  The Court also declared that Defendants are in violation of the Clean Air Act and the 1994 Ozone State Implementation Plan by failing to utilize the 1990 PUR data as set forth in the 1994 SIP and by failing to adopt "enforceable control measures" as required by the Clean Air Act.

**WHEREAS**, the parties endeavor to settle the amount of reasonable attorney's fees allowed by 42 U.S.C. § 7604(d) rather than consuming litigant and judicial resources on a motion for attorneys fees pursuant to Local Rule 54-293.

**WHEREAS**, the thirty-day period to file a motion pursuant to Local Rule 54-293 (ending on May 26, 2006) does not permit sufficient time for the parties to negotiate and approve an attorneys' fees settlement.

**NOW, THEREFORE**, Plaintiffs and Defendants stipulate as follows:

1. Plaintiffs shall file a Motion for Award of Attorneys' Fees pursuant to Local Rule 54-293 no later than September 25, 2006.

Dated:  May 9, 2006           Plaintiffs El Comité para el Bienestar de Earlimart, *et al.*

/s/ Brent Newell
CENTER ON RACE, POVERTY & THE ENVIRONMENT

///

///

///

1  Dated:  May 9, 2006                    Defendants Mary-Ann Warmerdam, *et al*.

2

3                                          /s/ Michael W. Neville
                                           Deputy Attorney General
4
                                           BILL LOCKYER
5                                          Attorney General of the State of California

6                                          MARY E. HACKENBRACHT
                                           Senior Assistant Attorney General
7

8  Good Cause appearing therefore,

9       **IT IS SO ORDERED.**

10

11  Dated: May 11, 2006.
                                           /s/Lawrence K. Karlton
12                                         LAWRENCE K. KARLTON
                                           SENIOR JUDGE
13                                         UNITED STATES DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
TO FILE MOTION FOR AWARD OF ATTORNEYS' FEES
PURSUANT TO LOCAL RULE 54-293              2