BRENT J. NEWELL, California Bar No. 210,312
LUKE W. COLE, California Bar No. 145,505
Center on Race, Poverty & the Environment
450 Geary Street, Suite 500
San Francisco, CA 94102
(415) 346-4179
(415) 346-8723 fax

CAROLINE FARRELL, California Bar No. 202,871
Center on Race, Poverty & the Environment
1224 Jefferson Street, Suite 25
Delano, CA 93215
(661) 720-9140
(661) 720-9483 fax

Attorneys for Plaintiffs

# IN THE U.S. DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL COMITÉ PARA EL BIENESTAR DE EARLIMART, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MARY-ANN WARMERDAM, et al.,<br><br>　　　　Defendants,<br><br>AIR COALITION TEAM,<br><br>　　　　Intervenor. | CIV.S-04-0882 LKK KJM<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE MOTION FOR AWARD OF ATTORNEYS' FEES PURSUANT TO LOCAL RULE 54-293**<br><br>Hon. Lawrence K. Karlton |

**WHEREAS,** on February 22, 2006, the Court granted Plaintiffs' Motion for Summary Judgment on the First Cause of Action and denied the motion on the Second Cause of Action.

**WHEREAS**, on April 26, 2006, the Court ordered Defendants to propose, adopt and submit to EPA for approval, and implement regulations no later than January 1, 2008, to achieve the emission reduction goals as set forth in the May 9, 1995 memorandum from James Well to James Boyd ("Wells memo").  The Court also declared that Defendants are in violation of the Clean Air Act and the 1994 Ozone State Implementation Plan by failing to utilize the 1990 PUR data as set forth in the 1994 SIP and by failing to adopt "enforceable control measures" as required by the Clean Air Act.

**WHEREAS**, the parties endeavor to settle the amount of reasonable attorney's fees allowed by 42 U.S.C. § 7604(d) rather than consuming litigant and judicial resources on a motion for attorneys fees pursuant to Local Rule 54-293.  The parties have made considerable progress and believe that settlement is possible.

**WHEREAS**, on May 11, 2006 the Court entered a Stipulation and Order that extended time to file the motion for attorneys fees pursuant to Local Rule 54-292 until September 25, 2006.  The parties now request an additional extension of time to permit further settlement discussions.

**NOW, THEREFORE**, Plaintiffs and Defendants stipulate as follows:

1. Plaintiffs shall file a Motion for Award of Attorneys' Fees pursuant to Local Rule 54-293 no later than January 15, 2007.

Dated:  September 7, 2006			Plaintiffs El Comité para el Bienestar de Earlimart, *et al*.

/s/ Brent Newell
CENTER ON RACE, POVERTY & THE ENVIRONMENT

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
TO FILE MOTION FOR AWARD OF ATTORNEYS' FEES
PURSUANT TO LOCAL RULE 54-293					1

1 | Dated: September 7, 2006                    Defendants Mary-Ann Warmerdam, *et al.*

/s/ Michael W. Neville
Deputy Attorney General

BILL LOCKYER
Attorney General of the State of California

MARY E. HACKENBRACHT
Senior Assistant Attorney General

Good Cause appearing therefore,

**IT IS SO ORDERED.**

DATED: September 11, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
TO FILE MOTION FOR AWARD OF ATTORNEYS' FEES
PURSUANT TO LOCAL RULE 54-293                        2