UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
EL COMITE PARA EL BIENESTAR DE
EARLIMART,, et al,

            Plaintiffs,          Civ. S-04-882 LKK/KJM

     v.
                                 O R D E R

MARY-ANN WARMERDAM, et al,

            Defendants.
                              /

AIR COALITION TEAM,

            Intervenor.
                              /
```

The court is in receipt of the state defendants' status report and plaintiffs' response. A status conference is hereby SET for January 16, 2007 at 2:00 p.m.

IT IS SO ORDERED.

DATED: January 4, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT