BRENT J. NEWELL, California Bar No. 210,312
LUKE W. COLE, California Bar No. 145,505
Center on Race, Poverty & the Environment
450 Geary Street, Suite 500
San Francisco, CA 94102
(415) 346-4179
(415) 346-8723 fax

CAROLINE FARRELL, California Bar No. 202,871
Center on Race, Poverty & the Environment
1224 Jefferson Street, Suite 25
Delano, CA 93215
(661) 720-9140
(661) 720-9483 fax

Attorneys for Plaintiffs

# IN THE U.S. DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL COMITÉ PARA EL BIENESTAR DE EARLIMART, et al., | CIV.S-04-0882 LKK KJM |
| Plaintiffs, | **STIPULATION AND ORDER EXTENDING TIME TO FILE MOTION FOR AWARD OF ATTORNEYS' FEES PURSUANT TO LOCAL RULE 54-293** |
| v. | |
| MARY-ANN WARMERDAM, et al., | |
| Defendants, | **Hon. Lawrence K. Karlton** |
| AIR COALITION TEAM, | |
| Intervenor. | |

1  **WHEREAS,** on February 22, 2006, the Court granted Plaintiff's Motion for Summary
2  Judgment on the First Cause of Action and denied the motion on the Second Cause of Action.
3  **WHEREAS**, on April 26, 2006, the Court ordered Defendants to propose, adopt and
4  submit to EPA for approval, and implement regulations no later than January 1, 2008, to achieve
5  the emission reduction goals as set forth in the May 9, 1995 memorandum from James Well to
6  James Boyd ("Wells memo").  The Court also declared that Defendants are in violation of the
7  Clean Air Act and the 1994 Ozone State Implementation Plan by failing to utilize the 1990 PUR
8  data as set forth in the 1994 SIP and by failing to adopt "enforceable control measures" as
9  required by the Clean Air Act.
10  **WHEREAS**, the parties endeavor to settle the amount of reasonable attorneys' fees
11  allowed by 42 U.S.C. § 7604(d) rather than consuming litigant and judicial resources on a motion
12  for attorneys fees pursuant to Local Rule 54-293.
13  **WHEREAS**, on May 11, 2006, September 12, 2006, and January 9, 2007, the Court
14  entered orders to extend time for Plaintiffs to file a motion for award of attorneys' fees and costs
15  to allow the parties time to negotiate an appropriate award.
16  **WHEREAS**, by order of the Court, Plaintiffs must file their motion for award of
17  attorneys' fees and costs by February 9, 2007.
18  **WHEREAS**, the parties have reached an agreement in principle.  On February 4, 2007,
19  Defendants notified Plaintiffs that they need more than three additional weeks beyond the current
20  filing deadline in order to finalize the settlement agreement.
21  **WHEREAS**, the parties request a seven week extension to permit Defendants to finalize
22  the agreement, for Court approval, and, should it become necessary, for Plaintiffs to prepare and
23  file a motion.
24  **NOW, THEREFORE**, Plaintiffs and Defendants stipulate as follows:
25  1.  Plaintiffs shall file a Motion for Award of Attorneys' Fees pursuant to Local Rule 54-
26  293 no later than March 30, 2007.
27  ///
28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
TO FILE MOTION FOR AWARD OF ATTORNEYS' FEES
PURSUANT TO LOCAL RULE 54-293                 1

| | | |
|---|---|---|
| 1 | Dated:  February 5, 2007 | Plaintiffs El Comité para el Bienestar de Earlimart, *et al*. |
| 2 | | |
| 3 | | /s/ Brent Newell |
| 4 | | CENTER ON RACE, POVERTY & THE ENVIRONMENT |

Dated: February 5, 2007                Defendants Mary-Ann Warmerdam, *et al*.

/s/ Michael W. Neville
Deputy Attorney General

BILL LOCKYER
Attorney General of the State of California

MARY E. HACKENBRACHT
Senior Assistant Attorney General

Good Cause appearing therefore,

**IT IS SO ORDERED.**

Dated: February 6, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT