BRENT J. NEWELL, California Bar No. 210,312
LUKE W. COLE, California Bar No. 145,505
AVINASH KAR, California Bar No. 240,190
Center on Race, Poverty & the Environment
57 Kearny Street, Suite 804
San Francisco, CA 94108
(415) 346-4179
(415) 346-8723 fax

CAROLINE FARRELL, California Bar No. 202,871
INGRID BROSTROM, California Bar No. 245,829
Center on Race, Poverty & the Environment
1302 Jefferson Street, Suite 2
Delano, CA 93215
(661) 720-9140
(661) 720-9483 fax

Attorneys for Plaintiffs

**IN THE U.S. DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EL COMITÉ PARA EL BIENESTAR DE EARLIMART, et al., | CIV.S-04-0882 LKK KJM |
| Plaintiffs, | **STIPULATION AND ORDER EXTENDING TIME TO FILE MOTION FOR AWARD OF ATTORNEY'S FEES PURSUANT TO LOCAL RULE 54-293** |
| v. | |
| MARY-ANN WARMERDAM, et al., | |
| Defendants, | **Hon. Lawrence K. Karlton** |
| AIR COALITION TEAM, | |
| Intervenor. | |

1    **WHEREAS,** on February 22, 2006, the Court granted Plaintiff's Motion for Summary
2    Judgment on the First Cause of Action and denied the motion on the Second Cause of Action.

3    **WHEREAS**, on April 26, 2006, the Court ordered Defendants to propose, adopt and
4    submit to EPA for approval, and implement regulations no later than January 1, 2008, to achieve
5    the emission reduction goals as set forth in the May 9, 1995 memorandum from James Well to
6    James Boyd ("Wells memo"). The Court also declared that Defendants are in violation of the
7    Clean Air Act and the 1994 Ozone State Implementation Plan by failing to utilize the 1990 PUR
8    data as set forth in the 1994 SIP and by failing to adopt "enforceable control measures" as
9    required by the Clean Air Act.

10   **WHEREAS**, the parties endeavor to settle the amount of reasonable attorneys' fees
11   allowed by 42 U.S.C. § 7604(d) rather than consuming litigant and judicial resources on a motion
12   for attorneys fees pursuant to Local Rule 54-293.

13   **WHEREAS**, on May 11, 2006, September 12, 2006, and January 9, 2007, and February
14   7, 2007 the Court entered orders to extend time for Plaintiffs to file a motion for award of
15   attorneys' fees and costs to allow the parties time to negotiate an appropriate award.

16   **WHEREAS**, by order of the Court, Plaintiffs must file their motion for award of
17   attorneys' fees and costs by March 30, 2007.

18   **WHEREAS**, in January 2007, the parties reached an agreement in principle. On
19   February 20, 2007, counsel for Defendants notified Plaintiffs that he could not dedicate time to
20   complete the settlement and seek Defendants approval because of urgent family health issues and
21   unforeseeable litigation deadlines. On March 19, counsel for Defendants notified Plaintiffs that
22   he was now working on completing the settlement and then obtaining Defendants approval.

23   **WHEREAS**, the parties request a seven week extension to permit Defendants to finalize
24   the agreement, for Court approval, and, should it become necessary, for Plaintiffs to prepare and
25   file a motion.

26   ///
27   ///
28

**NOW, THEREFORE**, Plaintiffs and Defendants stipulate as follows:

1. Plaintiffs shall file a Motion for Award of Attorneys' Fees pursuant to Local Rule 54-293 no later than May 18, 2007.

Dated: March 23, 2007            Plaintiffs El Comité para el Bienestar de Earlimart, *et al.*

/s/ Brent Newell
Brent Newell
CENTER ON RACE, POVERTY & THE ENVIRONMENT

Dated: March 23 , 2007           Defendants Mary-Ann Warmerdam, *et al.*

/s/ Michael W. Neville
Michael W. Neville
Deputy Attorney General

EDMUND G. BROWN JR.
Attorney General of the State of California

MARY E. HACKENBRACHT
Senior Assistant Attorney General

Good Cause appearing therefore,

**IT IS SO ORDERED.**

Dated: March 28, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT