UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EL COMITE PARA EL BIENESTAR DE
EARLIMART,, et al,

        Plaintiffs,        Civ. S-04-882 LKK/KJM

   v.

                              O R D E R

MARY-ANN WARMERDAM, et al,

        Defendants.
_____/

AIR COALITION TEAM,

        Intervenor.
_____/

    The court is in receipt of plaintiffs' ex parte application for continuance of the hearing on the state defendants' pending motion. Given the time-sensitive nature of the motion, the application is denied.

    IT IS SO ORDERED.

    DATED: November 8, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT