UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EL COMITE PARA EL BIENESTAR DE
EARLIMART,, et al,

        Plaintiffs,        Civ. S-04-882 LKK/KJM

   v.

                               O R D E R

MARY-ANN WARMERDAM, et al,

        Defendants.
_____/
AIR COALITION TEAM,

        Intervenor.
_____/

    The court is in receipt of the Ninth Circuit's mandate following its reversal of this court's February 22, 2006 order of summary judgment in favor of plaintiff El Comité, and this court's April 26, 2006 order of remedies. In accordance with the mandate, the court hereby DISMISSES the case for lack of jurisdiction.

    The Clerk is directed to close the case.

    IT IS SO ORDERED.

    DATED: March 3, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT