UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EL COMITE PARA EL BIENESTAR DE
EARLIMART,, et al,

              Plaintiffs,           Civ. S-04-882 LKK/KJM

    v.

                            O R D E R

MARY-ANN WARMERDAM, et al,

              Defendants.
_____/

AIR COALITION TEAM,

              Intervenor.
_____/

    Pending before the court is defendant's motion regarding the availability of attorneys' fees, currently set to be heard on June 29, 2009. The court does not find that oral argument will be useful in resolution of the motion and VACATES the hearing.

    IT IS SO ORDERED.

    DATED: June 25, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT