UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EL COMITE PARA EL BIENESTAR DE EARLIMART,, et al,

        Plaintiffs,        Civ. S-04-882 LKK/KJM

   v.

                                O R D E R

MARY-ANN WARMERDAM, et al,

        Defendants.
_____/

AIR COALITION TEAM,

        Intervenor.
_____/

    Pending before the court is plaintiffs' motion to strike defendants' late-filed reply. Because the hearing on defendants' motion was vacated, their untimeliness in filing and serving their reply brief neither prejudices plaintiffs nor inconveniences the court. Accordingly, plaintiffs' motion is DENIED.

    IT IS SO ORDERED.

    DATED: June 26, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT